Commonwealth *v.* Davis, Appellant.

Submitted September 12, 1968. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Richard A. Devlin, Henry T. Crocker* and *William T. Nicholas,* Assistant District Attorneys, *Parker H. Wilson,* First As-

sistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.